

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-23-2008

# In re: Ariel Adan

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3233

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

## Recommended Citation

"In re: Ariel Adan " (2008). *2008 Decisions.* Paper 499.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/499

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

—————

No. 07-3233

—————

IN RE: APPLICATION OF ARIEL ADAN

ELENA ESTHER AVANS,
Appellant

—————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civil No. 04-cv-05155)
District Judge: The Honorable William H. Walls

—————

Argued: September 22, 2008

—————

Before: BARRY, AMBRO and GARTH, Circuit Judges

—————

JUDGMENT ORDER

—————

This case came on to be heard on the record from the United States District Court

for the District of New Jersey and was argued on September 22, 2008. After careful

consideration of the briefs, the record, and the arguments of counsel on appeal,

At the conclusion of argument and from the bench on September 22, 2008, this

Court ORDERED that the June 26, 2007 and July 20, 2007 Orders of the District Court

be reversed, and the matter remanded to the District Court with instructions that the

petition pursuant to the Hague Convention be immediately dismissed. Each party is to

bear its own costs.

BY THE COURT:

**/s/Maryanne Trump Barry**
Circuit Judge

Dated: September 23, 2008
TMK/cc:    Peter D. Alvino, Esq.
          Teri S. Appelson, Esq.
          Leonard O. Evans, Esq.
          Elliot Gourvitz, Esq.
          Joanna L. Hewitson, Esq,
          Catherine M. Krow, Esq.
          Walter A. Lesnevich, Esq.
          Rebecca F. Lubens, Esq.
          Daniel F. Mulvihill, Esq.
          Jason W. Rockwell, Esq.